# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

- ☐ MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- ☑ MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation
- ☐ MDL No. 2440 | In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2511 | In Re Neomedic Pelvic Repair System Products Liability Litigation

**Civil Action Number (SDWV):** 2:16-cv-01470
(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel   ☑ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Thomas | David | B. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 3731 WV | dthomas@tcspllc.com |

**Party Representing:**
Ethicon, Inc. and Johnson & Johnson

| Originating Case Number: 2:16-cv-01470 | Originating District: WV |
|---|---|

Originating Short-Case Style: Dupree, et al v. Ethicon, Inc., et al.

| Direct Dial Number: (304) 414-1807 | Cell Phone Number: |
|---|---|
| Secretary Name: Vicki R. Wolfe | Paralegal Name: Robyn C. Davis |

## LAW FIRM INFORMATION

Firm Name: Thomas Combs & Spann, PLLC

Address: P.O. Box 3824

| City: Charleston | State: WV | Zip: 25338 |
|---|---|---|

| Firm Phone Number: (304) 414-1800 | Firm Fax Number: (304) 414-1801 |
|---|---|

Other members of firm involved in this litigation:
Philip J. Combs and Susan M. Robinson

| 4/26/2016 | s/ David B. Thomas |
|---|---|
| Date | Electronic Signature |

Rev. 02/14