IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8127], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: June 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-19722 | Paula R. Johnson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30790 | Deborah Bowden | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30807 | Paula Marie Couch | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30850 | Barbara Pugh and Hix Young Pugh, Jr. | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30868 | Alyce A. Smith and Billy C. Smith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30994 | Rometta Cameron | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-c-v33525 | Donna J. Brown and Walter B. Brown | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-33609 | Barbara Hall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33674 | Deborah King | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05975 | Darlene M. Slamen | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11178 | Andrea J. Lunasco and Randall Lunasco | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11275 | Almeda D. Evans | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11373 | Helen Emilia Perrin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11390 | Gloria Wilson and Henry Leroy Wilson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12280 | Vanessa Chandler | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12349 | Judith Moss and William Moss | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12680 | Victoria Ann Warren | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12823 | Tamera Weiss and Tim Weiss | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13013 | Angela Mills | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13044 | Anita Marie Smith and Larry Smith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13047 | Tracie L. Thompson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13249 | Amanda Mitchell | vs. Ethicon, Inc.; Johnson & Johnson; |

|               |                                            | Ethicon, LLC                                               |
| ------------- | ------------------------------------------ | ---------------------------------------------------------- |
| 2:14-cv-13294 | Connie L. Weist and William R. Weist       | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-13490 | Angela Greer-Buckles                       | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC         |
| 2:14-cv-13796 | Pauline Davila                             | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC         |
| 2:14-cv-13846 | Carla Payne and Wayne Larry Payne          | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC         |
| 2:14-cv-18381 | Rebecca Rice                               | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-18435 | Marisela Pinto                             | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-21635 | Kahlan Walker                              | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-21710 | Ida Ryder                                  | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-21713 | Belinda Reffitt                            | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-21805 | Mary Jane Sousa and John Sousa             | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-21821 | Teresa Marie First and Danny First         | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-22268 | Ardalia Taliaferro                         | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-22287 | Joanna H. Tanner                           | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-22295 | Donna Marie Powell                         | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-22329 | Carmela Gallo and Arthur Grande            | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-22514 | Patricia Hull                              | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-22731 | Teri Meyer                                 | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-22815 | Carly M. Brownell                          | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-23072 | Janina Bielak                              | vs. Ethicon, Inc.; Johnson & Johnson                       |
| ~~2:14-cv-23325~~ | ~~Cheryl Sorrell-Knight~~              | ~~vs. Ethicon, Inc.; Johnson & Johnson~~                   |
| 2:14-cv-23648 | Christine Dennis                           | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29663 | Sandra Bouressa                            | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29745 | Judy Hatley and Gary Hatley                | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29776 | Loretta Gibson                             | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29785 | Margie Lynn Cayton and Eugene Cayton       | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29806 | Lynda Gilmore                              | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29827 | Vickie Henderson                           | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29830 | Michele Marie Herbert and Nathan Herbert   | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29860 | Mary Giddings                              | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29972 | Willa Audra Norwood and Robert D. Norwood  | vs. Ethicon, Inc.; Johnson & Johnson                       |
| 2:14-cv-29990 | Carolyn Roock and William Roock            | vs. Ethicon, Inc.; Johnson & Johnson                       |

| 2:14-cv-30034 | Donna Daves | vs. Ethicon, Inc.; Johnson & Johnson |
|---|---|---|
| 2:14-cv-30285 | Kay Coleman and Keith C. Coleman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30339 | Cindy McManes and Christopher D. McManes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30354 | Eileen C. Skorko and Gleen A. Skorko | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30357 | Annie Smith and William Smith, Jr., Sr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30534 | Susan Hulett and Gary Hulett | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30645 | Christine Lee and Mark B. Lee | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30704 | Jeannene Cravey and Robert L. Carvey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30816 | Donna Postman and Rick Postman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30832 | Alice Walker | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30955 | Jane Hawkinson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31284 | Veronica Rodriguez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31472 | Donna Lutton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08015 | Ana Ybarra and Jose Antonio Ybarra | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08057 | Linda Sue Scott | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08349 | Glenda Burns and Leonard E. Burns | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08352 | Jennifer L. Collins and Thomas M. Collins, II | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08382 | Louise Lucio | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08386 | Evangilea K. Murgia and Michael T. Murgia | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08473 | Francene Grivna | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08705 | Iris Calderon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08717 | Ruth A. Lyons and Kevin Lyons | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08739 | Patricia Jo Anderson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08824 | Rebecca Whittle | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08999 | Patricia Wholly | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09020 | Denise Binns | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-CV-09069 | Lawanda Brockton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09273 | Carrie Croft | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09344 | Cassandra Marshall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09361 | Melody Mathis | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09440 | Judith Wood | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09601 | Wanda Gail Gaston | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:15-cv-09742 | Virginia Cook | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09833 | Krystyna Relaz | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10666 | Hazel Currie | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12696 | Carolyn Sue Steffey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13729 | Dianne Gudgell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13749 | Linda Jackson and Preston Jackson, Jr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13811 | Pamela Rousseau | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13828 | Nicole Watters | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13936 | Tammy Daniels and Gary Daniels | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14003 | Kelly Bradley-Lerma and Barnabe Lerma | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14017 | Marci Knosen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14024 | Patricia Gibbs | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14064 | Sandra K. Hamann | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14067 | Susan Diane Schuricht | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14117 | Tracy Muller | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14120 | Joann Nunes and Rodney Nunes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14143 | Julie Underwood | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-CV-14180 | Diasy Mae Bowker | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14230 | Susan Jansen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14267 | Kathy Mae Peyton and Kenneth Cole Peyton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14365 | Cheryl Dallas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14395 | Betty Jackson and Paul L. Jackson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14469 | Debra Minnick | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14651 | Cheryl Frasier | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14865 | Ruth Carter and Andrew Carter | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14983 | Barbara Ratliff and Donny Ratliff | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15061 | Deborah Teeters | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15380 | Patricia Sharp | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15389 | Annette Stancil and R. Max Stancil | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15498 | Laurel Kelly | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15545 | Sara McClelland and Steve McClelland | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15547 | Jeannine Miller and Melvin Miller | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:15-cv-15974 | Sue Ann Preuss and Noel D. Preuss | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16041 | Debra Thomas and William B. Thomas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16169 | Cynthia Jean Tortorici | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16234 | Ruth Appleman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16283 | Roegene Willard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16375 | Jeanie M. Chartier | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16417 | Jennie Cotoia and Antonio Cotoia | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00221 | Jennifer Lynn Rivera | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00365 | Beverly Trexler and James Trexler | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16041 | Debra Thomas and William B. Thomas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16169 | Cynthia Jean Tortorici | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16234 | Ruth Appleman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16283 | Roegene Willard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16375 | Jeanie M. Chartier | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16417 | Jennie Cotoia and Antonio Cotoia | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00221 | Jennifer Lynn Rivera | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00365 | Beverly Trexler and James Trexler | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-CV-00941 | Theresa Braman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01315 | Cordelia Hernandez and Rudy Hernandez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01383 | Marilyn Sorenson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01385 | Marion Chischilly | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01468 | Nancy Calhoun, | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01470 | Casandra Dupree | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01570 | Cathy Ann Tanso | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01576 | Jennifer Bohanon, | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01749 | Robin Moore | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01822 | Martin, Janice | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01886 | Deborah Martin | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02089 | Tammy Patton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02248 | Karen Coffey and Robert Coffey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02673 | Heidi Taylor | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02767 | Annette Benson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03039 | Deborah Eubanks and Irvin Mitchell | vs. Ethicon, Inc.; Johnson & Johnson |

| 2:16-cv-03310 | Tarstein Thacker and Paul Thacker | vs. Ethicon, Inc.; Johnson & Johnson |
|---|---|---|
| 2:16-cv-03505 | Cathy Mahoney | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03573 | Shonda Monighan and Sean Monighan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03638 | Wanda Clark | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03639 | Mary Malcolm | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03749 | Selma Rose | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03757 | Laura K. Tebbs and Jerry E. Tebbs | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03836 | Martha Crowder | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03856 | Amy Grosklos and Jason Grosklos | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04129 | Lynne Veiga and Joseph Veiga | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04316 | Theresa Casteel and Lynn Casteel | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04318 | Myra Patin and Patrick Patin | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04341 | Karen Puhl | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04342 | Felishia J. Washington | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04397 | Beverly Byrd | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04485 | Margaret Greninger and Samuel Greninger, Sr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04560 | Joy Lynn Rauth | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04873 | Patricia Howell and Roger Howell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04974 | Becky Meidling | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04989 | Lori Monroe and Lloyd Monroe | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05083 | Helenea Osborne | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05587 | Michelle Poster and Brian Poster | vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:16-cv-05802~~ | ~~Vicki Lucas and Donnie Lucas~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16-cv-06035 | Susan Hayes and Christopher Hayes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06129 | Sandra Thompson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06231 | Carolyn Amaral and Hanabel Amaral | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06366 | Diane Lucero | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06920 | Beverly Sargent | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07382 | Joyce Miller | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07667 | Donna Frady | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08231 | Kelly Busch | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08575 | Suzette De La Rocha | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| ~~2:16-cv-09135~~ | ~~Zeda Rebecca Champ~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16-cv-09139 | Ann Sweeney and Eric Sweeney | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09291 | Mary Sifuentes and Alejandro Sifuentes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09382 | Reva Turner and William Turner | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09664 | Fafe Presley | vs. Ethicon, Inc.; Johnson & Johnson |